UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



FILED

MAY 17 2007

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

CR. NO. 04-90025

v.

HONORABLE MARIANNE O. BATTANI

ISRAEL SANTIAGO,

Defendant.
_____/

## ORDER MODIFYING BOND CONDITIONS

THIS MATTER having come before the Court by the defendant's petition; and the government and the Court having been fully apprized of the matter;

**IT IS HEREBY ORDERED** that the Defendant's bond conditions be modified to suspend the condition of electronic monitoring and to allow travel to the Southern District of California, Imperial county, for the purposes of appearing in that district for the Friend of the Court. The Defendant will notify Pretrial services of any such travel beforehand.

**SO ORDERED.**

Signed: /s/ Marianne O. Battani
HON. MARIANNE O. BATTANI
United States District Judge

Dated: MAY 17 2007